* UNITED STATES DISTRICT COURT *
* MIDDLE DISTRICT OF FLORIDA *
* OCALA DIVISION *   2017 NOV 24 PM 2:42

* RANDY A. HART,
   Plaintiff.
         VS.
* SECRETARY, Florida
  DEPT. OF CORRECTIONS,
  et. AL; DEFENDANTS
* JULIE L. JONES *

* CASE NUMBER:
  TO BE SET
  5:17-CV-566-OC-10PRL

  "§ 1983"
  42 U.S.C.

## "CIVIL RIGHTS COMPLAINT"

A prisoner has a Right not to be subjected to bogus disciplinary Reports in Retaliation for his exercise of a Constitutional Right. SEE → NUNEZ v. GOORD, 172 F. Supp. 2d 417 (S.D.N.Y. 2001).
* This Court has Jurisdiction. * SEE: Case No. 5:16-cv-362-Oc-10pRL, This Court.
* Prison officials are not entitled to qualified immunity from inmate's claim that they harassed him in Retaliation for filing civil Rights suit against them, in violation of inmate's First Amendment Right to petition the Court; Right of prisoner not to be subjected to such Retaliation was clearly established. U.S.C.A. Const. Amend. 1. "Civil

(1.)

* C/File

Rights KEY 214 (7)... <u>Atkinson V. Taylor,</u> 316 F.3d 257, 270 (3rd Cir. 2003).

* <u>This Court has Jurisdiction.</u> * Prison officials Retaliated with <u>Bogas disciplinary Report</u> after plaintiff filed Civil Rights suit against them. <u>Colonel</u> → Jess Baldridge. SEE → Disciplinary Report Log # **564** - 161193. <u>Colonel</u>: Baldridge wrote the <u>Bogas disciplinary Report</u> on August 24, 2016 while at Desoto Correctional Institution, Annex. The Bogas disciplinary Report was used as a tool to special review plaintiff from Desoto Annex and Transfer the plaintiff here to Franklin C.I. a month later, (See the Record). * All the above happened after plaintiff filed <u>Case No. 5:16-cv-362-0c-10PRL</u>, <u>This Court.</u>
* <u>This Court has jurisdiction.</u> *

* The defendant<u>s</u> acted in bad faith, with a malicious purpose, in a manner exhibiting wanton and willful disregard for human Rights, <u>safety</u> and property. *
<u>Secretary</u>, Julie L. Jones, *<u>Colonel</u>, Jess Baldridge, Classification Supervisor, J.

(2.)

*c/File

Roberts at Desoto Annex, Arcadia, FL. 34266

* It is well settled law that federal Courts must "look behind the label" of an inmate's PRO SE filings and determine whether there is any framework under which his claims might be cognizable. United States v. Nickson, 521 Fed. Appx. 867, 868 (11th Cir. 2013).

* Moreover, pleadings drafted by PRO SE litigants must be liberally construed, Haines v. Kerner, 404 U.S. 519, 520-21, 92 S.Ct. 594, 30 L. Ed. 2d 652 (1972).

* Randy Allen Hart has instituted this PRO SE civil rights proceeding pursuant to 42 U.S.C. § 1983. The plaintiff lists as defendants ▇ mentioned on page (2), last paragraph. Thank You. *

** Plaintiff request to proceed as a pauper in this case. Plaintiff also moves for an extension of time to comply with the deadline established by Local Rule 1.03(e). * Request for (60) day extension to atempt to abtain the 6 month statement of the trust fund account so the

(3.)

plaintiff can proceed.
* This Court can construe plaintiff's submission as an implicit request for permission to proceed in accordance with Title 28, United States Code, Section 1915(b). This Court can also take Judicial Notice of the motion for IFP filed and granted in a prior § 1983 action filed in this Court, <u>Case No. 5:16-cv-362-Oc-10PRL</u>.
* This Court can take Judicial Notice of these dockets. <u>See</u> <u>Fed. R. Evid. 201</u>; <u>See also, United States v. Glover</u>, 179 F.3d 1300, N.5 (11th Cir. 1999)(finding the district court may take judicial notice of the records of inferior courts).

*** <u>Relief Requested</u> → 4 Million Dollars. *

*Thank You.

Randy Allen Hart DC# 075432
Franklin Correctional Inst.
1760 Highway 67 N.
Carrabelle, Florida. 32322
* <u>B4-206-Low</u>/* <u>B4</u> → <u>Gang infested.</u> **
* <u>November 1st, 2017</u>
Warden: Scott Duval
* { * <u>Fla. Stat. 95.11</u>
<u>(Limitations of Litigations)</u> }

(4.)

STATE OF FLORIDA
FLORIDA DEPARTMENT OF CORRECTIONS
10/12/17

IIS0885
INMATE NOTICE
FOR MONTH OF: SEPTEMBER, 2017

INMATE NAME: HART, RANDY A.
FACILITY: FRANKLIN C.I.
DC NUMBER: 075432
HOUSING ASSIGNMENT: B4206L
MAIL-BOX:

CLASSIFICATION TEAM: 01 TTN20 TYUS, TREYA N.

THE INFORMATION CONTAINED IN THIS NOTICE IS PROVIDED FOR INFORMATION PURPOSES ONLY AND IS SUBJECT TO CHANGE AT ANY TIME. GRIEVANCES RELATED TO THIS GAIN TIME AWARD SHALL BE FILED PURSUANT TO THE FORMAL GRIEVANCE PROCESS NO LATER THAN THE END OF THIS CALENDAR MONTH.

*Randy Allen Hart #075432*

```
ASSIGNMENT PERFORMANCE:            ABOVE SATISFACTORY
   REASON (UNSATIS. OR ABOVE): PROGRAM/WORK ASSIGNMENT
   EVALUATED BY:                   FRANKLIN C.I.

SECURITY EVALUATION:               ABOVE SATISFACTORY
   REASON (UNSATIS. OR ABOVE): MAINTENANCE OF LIVING QUARTERS
   EVALUATED BY:                   FRANKLIN C.I.
```

*Randy Allen Hart PC#075432*

|  | DAYS |
|---|---|
| INCENTIVE GAIN TIME AWARD RECOMMENDED: | NA |
| ENHANCED GAIN TIME AWARD RECOMMENDED: | NA |
| STP GAIN TIME AWARD RECOMMENDED: | 10 |
| VCC GAIN TIME AWARD RECOMMENDED: | NA |

MODIFICATION OF INCENT: (MITIGATED)   WORK/PROGRAM STABILITY

| OTHER GAIN TIME AWARD RECOMMENDED: | |
|---|---|
| WORK GAIN TIME AWARD RECOMMENDED: | NA |
| EXTRA TIME AWARD RECOMMENDED: | NA |
| CONST TIME AWARD RECOMMENDED: | NA |

THE ABOVE AWARDS MAY NOT APPLY TO ANY OR ALL COMMITMENTS BASED UPON SENTENCING PROVISIONS AND/OR DISCIPLINARY ACTION.

CURRENT TENTATIVE RELEASE DATE: 10/28/2019

*FALSE IMPRISONMENT*

**SECRETARY: JULIE L. JONES
Fla. DEPT. OF CORR.

*Randy Allen Hart PC#075432*

**OCTOBER 12, 2017

*Sgt. Lisa MESSER*

Relief → 50 million Dollars/easy!

C/File